```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                         WESTERN DIVISION
                      NO. 5:09-CR-257-2BO
```

UNITED STATES OF AMERICA     :
                             :
         v.                  :
                             :
JENNIFER EASEVOLI            :

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of Memorandum of Plea Agreement and Consent to Forfeiture entered into by the defendant, Jennifer Easevoli, on January 20, 2010 and May 25, 2010, respectively, the following property is hereby forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C)(as made applicable by 28 U.S.C. § 2461(c)), and 18 U.S.C. § 982(a)(1), to wit:

**REAL PROPERTY** - All those lots or parcels of land, together with their buildings, improvements, fixtures, attachments, and easements, having the street addresses as listed and being more particularly described below as:

A. 8453 Central Drive, Raleigh, NC, and described in a deed Recorded in Book 11026, Pages 373 - 375 of the Wake County Register of Deeds.

B. 155 Kitty Hawk Drive, Morrisville, NC 27560, and described in a deed Recorded in Book 11026, Pages 370 - 372 of the Wake County Register of Deeds.

**PERSONAL PROPERTY**

Per settlement date 03/29/07, funds in the amount of $160,877.48 representing the net sales proceeds re: 8525 Wapello Lane, Raleigh, NC 27613; described in a deed Recorded in Book 11026 pages 367 - 369.

**CURRENCY**

The forfeitable property includes the gross proceeds of the defendant's illegal acts, in an amount of at least $7,500,000.

**SUBSTITUTE ASSETS**

A) Miscellaneous Jewelry belonging to Jennifer Easevoli.

B) Proceeds from the sale of a 2007 Lexus LS 460, VIN: JTHGL46F175002957; and

WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement and the Consent to Forfeiture as to the defendant, Jennifer Easevoli, the United States is hereby authorized to seize the above-stated property, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(3), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(3).

3. That with regard to the personal property only, pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General or the Secretary of Treasury directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c).

3

5. That $7,500,000 in U. S. currency be forfeited to the United States, and upon entry of this Preliminary Order of Forfeiture, the Clerk of Court be directed to enter judgment against that amount of currency forfeited, not in the possession of the Government or its whereabouts known, that is, $7,500,000; and that said currency be disposed of in accordance with law.

SO ORDERED. This _4_ day of _June_, 2010.

_____
TERRENCE W. BOYLE
United States District Judge

4