IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.  5:09-CR-257-2BO

UNITED STATES OF AMERICA    :
                          :
       v.                    :
                          :
JENNIFER EASEVOLI          :

## **ORDER OF FORFEITURE AS TO SUBSTITUTE ASSET**

WHEREAS, pursuant to the entry of a Memorandum of Plea
Agreement entered into by the defendant on January 20, 2010, and
the Consent to Forfeiture entered on May 25, 2010, the following
substitute asset is hereby forfeitable pursuant to 18 U.S.C. §§
981(a)(1)(C) and 982(a)(1):

### **Substitute Asset**

$2,928.35 in U. S. currency.

The above substitute asset is forfeited in partial
substitution for the forfeited but unavailable sum of
$7,500,000.00, said value being $2,928.35 realized by the
Government after the disposition of the substitute property and
the disposition of any third party claims to the property.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED
that:

1.   That based upon the Memorandum of Plea Agreement as to
the defendant, JENNIFER EASEVOLI, the interest of the defendant

in the identified property is herewith forfeited to the United States for disposition in accordance with the law.

2. That any and all forfeited funds shall be deposited by the United States Marshal Service as soon as located or recovered into the Department of Justice Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

SO ORDERED. This *27* day of *September* 2010.

_____
TERRENCE W. BOYLE
United States District Judge