IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-257-2BO

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| JENNIFER EASEVOLI | : |

### SECOND AMENDED ORDER OF FORFEITURE AS TO SUBSTITUTE ASSET

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by the defendant on January 20, 2010, and the Consent to Forfeiture entered on May 25, 2010, the following substitute asset is hereby forfeitable pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1):

#### Substitute Asset

$2,820 in U. S. currency.

The above substitute asset is forfeited in partial substitution for the forfeited but unavailable sum of $7,500,000.00, said value being $2,820 realized by the Government after the disposition of the substitute property and the disposition of any third party claims to the property.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that:

1. That based upon the Memorandum of Plea Agreement as to the defendant, JENNIFER EASEVOLI, the interest of the defendant

in the identified property is herewith forfeited to the United States for disposition in accordance with the law.

2. That any and all forfeited funds shall be deposited by the United States Marshal Service as soon as located or recovered into the Department of Justice Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

SO ORDERED. This 22 day of November 2010.

TERRENCE W. BOYLE
United States District Judge

N:\BHartley\afcrim.dir\Easevoli second amended order of forfeiture sub currency for judgment.wpd