# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jennifer Easevoli                              Docket No. 5:09-CR-257-2BO

### Petition for Action on Supervised Release

COMES NOW Eddie J. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Jennifer Easevoli, who, upon an earlier plea of guilty to 18 U.S.C. § 1958(h), Conspiracy to Commit Money Laundering, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on September 29, 2010, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is currently serving her active sentence and is scheduled to be released from the Bureau of Prisons on December 14, 2016. She has requested a relocation to the District of Arizona. U.S. Probation Officer Deborah L. Valenzuela in the Tucson Office has contacted our office to report that supervision of the defendant's case will not be accepted unless the conditions are modified to include substance abuse counseling, alcohol abstinence, and warrantless searches. The defendant was contacted through her case manager at Phoenix FCI and signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

2. You shall abstain from all use of alcohol or alcoholic beverages.

3. You shall submit your person, property, house, residence, vehicle, papers, computers as defined in 18 U.S.C. § 1030(e)(1), other electronic communications or data storage devices or media, or office, to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

Except as herein modified, the judgment shall remain in full force and effect.

                                           I declare under penalty of perjury that the foregoing is true and correct.
                                           /s/ Eddie J. Smith
                                           Eddie J. Smith
                                           Supervising U.S. Probation Officer
                                           310 Dick Street
                                           Fayetteville, NC 28301-5730
                                           Phone: 910-354-2537
                                           Executed On: April 15, 2016

Jennifer Easevoli
Docket No. 5:09-CR-257-2BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __15__ day of __April__, 2016 and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge